COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS FOR REHEARING

Appellate case name:      LG Chem America, Inc. and LG Chem, Ltd. v. Tommy Morgan

Appellate case number:    01-19-00665-CV

Trial court case number:  100728-CV

Trial court:              239th District Court of Brazoria County

Date motions filed:       February 12, 2021

Parties filing motions:   Appellants LG Chem America, Inc. and LG Chem, Ltd.

It is ordered that the appellants' motions for rehearing are **denied**. *See* TEX. R. APP. P. 49.1, 49.3.

Judge's signature:   /s/  Julie Countiss
                     ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Hightower and Countiss.

Date:  October 7, 2021